**Opinion issued November 7, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00842-CV

———————————

## IN RE COURTNEY NIXON, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

On October 3, 2013, relator, Courtney Nixon, filed a petition for writ of mandamus.* On October 29, 2013, the parties filed an "Agreed Motion to Dismiss Petition for Writ of Mandamus." No opinion has issued. Accordingly, we grant the motion and dismiss relator's petition for writ of mandamus. *Cf.* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

---

* The underlying case is *In the Interest of A.R.S., a Child*, cause number 09-FD-2160, pending in the County Court at Law No. 2 of Galveston County, Texas, the Honorable Lisa Burkhalter presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.